TDG employee as of 2017
Ind Con - subsequently employeed

Note: "employeed" signifies a former independent contractor who was subsequently given employee status.

| NAMES | STATUS | JOB TITLE | DUTIES OF THE JOB | CLASSIFICATION OF INDEP CONTRACTOR VS EMPLOYEE |
|---|---|---|---|---|
| Adrian Flores | EMPLOYEED | BDS Specialist | Digital printing, binding, custom manfa | Prior experience, , not required FT services, no written reports required |
| Aldo Flores | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Amanda Perez | NOT EMPLOYEED | Scan & Quality Control | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Angel Tostado | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, , not required FT services, no written reports required |
| Blanca Arriaga | NOT EMPLOYEED | Scan Operator | Scanning | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Celeste C. Ramirez | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Danette Gregory | NOT EMPLOYEED | Prep & Scan Operator | Prepare docs and scan | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Daniel Andrade Lara | NOT EMPLOYEED | Quality Control Operato | checking for image correctness | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Domingo Chris Rodriguez | NOT EMPLOYEED | Prep & Scan Operator | Prepare docs and scan | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Donna Nolan | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Edna Celestine I | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Elizabeth Dudley | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Elizabeth Laureles | EMPLOYEED | Prep Scan & QC Opera | Prepare docs, scan and check for correcti | Prior experience, , not required FT services, no written reports required |
| Emilio Vasquez III | NOT EMPLOYEED | Scan Operator | Scanning | Pprior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Esmeralda Laureles | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Eugene Vaughn | NOT EMPLOYEED | Prep & Scan Operator | Prepare docs and scan | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Hailu Mekonnen | NOT EMPLOYEED | Quality Control Operato | prepare docs, pull physical barriers | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Janet Hill | NOT EMPLOYEED | Prep & Scan Operator | Prepare docs and scan | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Jennifer Ayala | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, , not required FT services, no written reports required |
| Jeramie McClelan | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Jessica Arriaga | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Jim Munoz | EMPLOYEED | Lead BDS Specialist | Graphic Layout, printing, file interventi | Prior experience, , not required FT services, no written reports required |
| Kassie Hayden | NOT EMPLOYEED | Scan Operator | Scanning | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Katina Martins | NOT EMPLOYEED | Scan Operator | Scanning | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Kerry Boykins | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Pprior experience, , not required FT services, no written reports required |
| Larry Young Jr. | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Lawrence Bookman IV | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Maria C Mendoza | EMPLOYEED | Asst Mgr Imaging Dept | Supervise, Prep, Scan & QC | Prior experience, , not required FT services, no written reports required |
| Maria Gonzalez | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, , not required FT services, no written reports required |
| Mark Delgadillo | NOT EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Martha Flores | EMPLOYEED | Asst Lead BDS Special | Printing, copying, binding & packaging | Prior experience, , not required FT services, no written reports required |
| Miriam Ayala | NOT EMPLOYEED | Scan Operator | Scanning | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Monica Limon | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, , not required FT services, no written reports required |
| Naseem Roberson | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Ramona Simmons-Chambers | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Robert Ranney | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Rosalinda Abarca | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Stephanie Santos | EMPLOYEED | Prep Scan & QC Opera | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Ted Evans | NOT EMPLOYEED | Scan Operator | Scanning | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Tiffany White | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Trevis Black | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Vanessa Williams | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |
| Wilfred Perro Jr. | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required, working for another company |
| Willa Tolder | NOT EMPLOYEED | Scan & QC Operator | Scan despeckle, rotate image & quality co | Prior experience, hired to do a specific project of limited duration, not required FT services, no written reports required |