2014

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 06/20/2014 | 13382 | Adrian Flores | 102.52 Reg Hours @ $13.50 per hour, June 04 to June 17, 2014 | 102.52 | $13.50 | $1,384.02 |
| Check | 09/12/2014 | 13869 | Adrian Flores | 103.09 Reg Hours @ $13.50 per hour, August 27 to Sept. 9, 2014 | 103.09 | $13.50 | $1,391.72 |
| Check | 08/15/2014 | 13730 | Adrian Flores | 103.42 Reg Hours @ $13.50 per hour, July 30 to August 12, 2014 | 103.42 | $13.50 | $1,396.17 |
| Check | 03/28/2014 | 12849 | Adrian Flores | 106.92 Reg Hours @ $12.50 per hour, Mar 12, 2014 to Mar 25, 2014 | 106.92 | $12.50 | $1,336.50 |
| Check | 08/29/2014 | 13801 | Adrian Flores | 107.92 Reg Hours @ $13.50 per hour, August13 30 to August 26, 2014 | 107.92 | $13.50 | $1,456.92 |
| Check | 04/25/2014 | 13015 | Adrian Flores | 108.14 Reg Hours @ $12.50 per hour, Apr 9, 2014 to Apr 22, 2014 | 108.14 | $12.50 | $1,351.75 |
| Check | 07/03/2014 | 13467 | Adrian Flores | 110.15 Reg Hours @ $13.50 per hour, June 18 to July 1, 2014 | 110.15 | $13.50 | $1,487.03 |
| Check | 07/30/2014 | 13634 | Adrian Flores | 111.16 Reg Hours @ $13.50 per hour, July 16 to July 29, 2014 | 111.16 | $13.50 | $1,500.66 |
| Check | 12/19/2014 | 14418 | Adrian Flores | 111.43 Reg Hours @ $13.50 per hour, Dec 3 to Dec. 16, 2014 | 111.43 | $13.50 | $1,504.31 |
| Check | 07/18/2014 | 13540 | Adrian Flores | 111.45 Reg Hours @ $13.50 per hour, July 2 to July 15, 2014 | 111.45 | $13.50 | $1,504.58 |
| Check | 01/17/2014 | 12491 | Adrian Flores | 112.03 Reg Hours @ $12.50 per hour, Jan 1, 2014 to Jan 14, 2014 | 112.03 | $12.50 | $1,400.38 |
| Check | 03/14/2014 | 12786 | Adrian Flores | 112.45 Reg Hours @ $12.50 per hour, Feb 26 to Mar 11, 2014 | 112.45 | $12.50 | $1,405.63 |
| Check | 02/28/2014 | 12694 | Adrian Flores | 112.92 Reg Hours @ $12.50 per hour, Feb 12 to Feb 25, 2014 | 112.92 | $12.50 | $1,411.50 |
| Check | 01/31/2014 | 12544 | Adrian Flores | 113.37 Reg Hours @ $12.50 per hour, Jan 15, 2014 to Jan 28, 2014 | 113.37 | $12.50 | $1,417.13 |
| Check | 02/14/2014 | 12632 | Adrian Flores | 113.37 Reg Hours @ $12.50 per hour, Jan 29 to Feb 11, 2014 | 113.37 | $12.50 | $1,417.13 |
| Check | 11/21/2014 | 14269 | Adrian Flores | 117.72 Reg Hours @ $13.50 per hour, Nov. 5 to Nov. 18, 2014 | 117.72 | $13.50 | $1,589.22 |
| Check | 05/09/2014 | 13089 | Adrian Flores | 118.92 Reg Hours @ $13.50 per hour, Apr 23, 2014 to May 06, 2014 | 118.92 | $13.50 | $1,605.42 |
| Check | 05/23/2014 | 13175 | Adrian Flores | 121.73 Reg Hours @ $13.50 per hour, May 07, 2014 to May 20, 2014 | 121.73 | $13.50 | $1,643.36 |
| Check | 04/11/2014 | 12918 | Adrian Flores | 125.87 Reg Hours @ $12.50 per hour, Mar 26, 2014 to Apr 08, 2014 | 125.87 | $12.50 | $1,573.38 |
| Check | 10/10/2014 | 14019 | Adrian Flores | 130.50 Reg Hours @ $13.50 per hour, Sept. 29 to Oct. 5, 2014 | 130.50 | $13.50 | $1,761.75 |
| Check | 10/24/2014 | 14123 | Adrian Flores | 130.75 Reg Hours @ $13.50 per hour, Oct. 8 to Oct. 21, 2014 | 130.75 | $13.50 | $1,765.13 |
| Check | 09/26/2014 | 13943 | Adrian Flores | 136.28 Reg Hours @ $13.50 per hour, Sept. 10 to Sept. 23, 2014 | 136.28 | $13.50 | $1,839.78 |
| Check | 11/07/2014 | 14195 | Adrian Flores | 62.30 Reg Hours @ $13.50 per hour, Oct. 22 to Nov. 4, 2014 | 62.30 | $13.50 | $841.05 |
| Check | 12/05/2014 | 14350 | Adrian Flores | 98.65 Reg Hours @ $13.50 per hour, Nov. 19 to Dec. 02, 2014 | 98.65 | $13.50 | $1,331.78 |
| Check | 12/05/2014 | 14337 | Amanda Perez | 40.67 Hours @ $11.00 per hour, Nov.24 to Nov. 30, 2014 | 40.67 | $11.00 | $447.37 |
| Check | 12/19/2014 | 14405 | Amanda Perez | 41.60 Hours @ $11.00 per hour, Dec.8 to Dec. 14, 2014 | 41.60 | $11.00 | $457.60 |
| Check | 06/27/2014 | 13411 | Amanda Perez | 41.92 Hours @ $11.00 per hour, June 16 to June 22, 2014 | 41.92 | $11.00 | $461.12 |
| Check | 08/29/2014 | 13795 | Amanda Perez | 44.18 Hours @ $11.00 per hour, August 18 to August 22, 2014 | 44.18 | $11.00 | $485.98 |
| Check | 10/24/2014 | 14109 | Amanda Perez | 44.28 Hours @ $11.00 per hour, Oct. 13 to Oct. 19, 2014 | 44.28 | $11.00 | $487.08 |
| Check | 12/24/2014 | 14440 | Amanda Perez | 50.49 Hours @ $11.00 per hour, Dec.15 to Dec. 21, 2014 | 50.49 | $11.00 | $555.39 |
| Check | 11/21/2014 | 14256 | Amanda Perez | 51.58 Hours @ $11.00 per hour, Nov.10 to Nov. 16, 2014 | 51.58 | $11.00 | $567.38 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 09/02/2014 | 13825 | Amanda Perez | 54.05 Hours @ $11.00 per hour, August 25 to August 29, 2014 | 54.05 | $11.00 | $594.55 |
| Check | 11/26/2014 | 14288 | Amanda Perez | 55.78 Hours @ $11.00 per hour, Nov.17 to Nov. 23, 2014 | 55.78 | $11.00 | $613.58 |
| Check | 12/12/2014 | 14365 | Amanda Perez | 56.86 Hours @ $11.00 per hour, Dec.1 to Dec. 7, 2014 | 56.86 | $11.00 | $625.46 |
| Check | 09/12/2014 | 13881 | Amanda Perez | 67.45 Hours @ $11.00 per hour, Sept. 2 to Sept.7, 2014 | 67.45 | $11.00 | $741.95 |
| Check | 07/03/2014 | 13451 | Blanca Arriaga | 40.58 Hours @ $11.50 per hour, June 23 to June 29, 2014 | 40.58 | $11.50 | $466.67 |
| Check | 03/07/2014 | 12756 | Celeste C. Ramirez | 45.13 Hours @ $10 per hour, Feb 24 to Mar 02, 2014 | 45.13 | $10.00 | $451.30 |
| Check | 10/03/2014 | 13977 | Celeste C. Ramirez | 6.33 Hours @ $10 per hour, Sept. 22 to Sept. 28, 2014 | 6.33 | $10.00 | $63.30 |
| Check | 12/24/2014 | 14441 | Danette Gregory | 6.37 Hours @ $11.00 per hour, Dec. 15 to Dec. 21, 2014 | 6.37 | $11.00 | $70.07 |
| Check | 05/30/2014 | | Daniel Andrade Lara | 42.07 Hours @ $11 per hour, May 19 to May 25, 2014 | 42.07 | $11.00 | $462.77 |
| Check | 12/12/2014 | 14367 | Domingo Chris Rodriguez | 41.37 Hours @ $13 per hour, Dec. 1 to Dec. 7, 2014 | 41.37 | $13.00 | $537.81 |
| Check | 09/12/2014 | 13872 | Domingo Chris Rodriguez | 42.00 Hours @ $13 per hour, Sept. 2 to Sept. 7, 2014 | 42.00 | $13.00 | $546.00 |
| Check | 05/23/2014 | 13180 | Domingo Chris Rodriguez | 42.28 Hours @ $13 per hour, May 12 to May 18, 2014 | 42.28 | $13.00 | $549.64 |
| Check | 05/09/2014 | 13077 | Domingo Chris Rodriguez | 42.78 Hours @ $10 per hour, Apr 28 to May 04, 2014 | 42.78 | $10.00 | $427.80 |
| Check | 05/09/2014 | 13090 | Domingo Chris Rodriguez | 42.78 Hours @ $13 per hour, Apr 28 to May 04, 2014 | 42.78 | $13.00 | $556.14 |
| Check | 11/21/2014 | 14258 | Domingo Chris Rodriguez | 43.17 Hours @ $13 per hour, Nov. 10 to Nov. 16, 2014 | 43.17 | $13.00 | $561.21 |
| Check | 08/15/2014 | 13728 | Domingo Chris Rodriguez | 43.58Hours @ $13 per hour, August 4 to August 12, 2014 | 43.58 | $13.00 | $566.54 |
| Check | 10/24/2014 | 14112 | Domingo Chris Rodriguez | 43.95 Hours @ $13 per hour, Oct. 13 to Oct. 19, 2014 | 43.95 | $13.00 | $571.35 |
| Check | 12/19/2014 | 14407 | Domingo Chris Rodriguez | 44.09 Hours @ $13 per hour, Dec. 8 to Dec. 14, 2014 | 44.09 | $13.00 | $573.17 |
| Check | 08/29/2014 | 13804 | Domingo Chris Rodriguez | 44.52 Hours @ $13 per hour, August 18 to August 24, 2014 | 44.52 | $13.00 | $578.76 |
| Check | 05/30/2014 | 13226 | Domingo Chris Rodriguez | 45.07 Hours @ $13 per hour, May 19 to May 25, 2014 | 45.07 | $13.00 | $585.91 |
| Check | 05/02/2014 | 13038 | Domingo Chris Rodriguez | 45.78 Hours @ $10 per hour, Apr 21 to Apr 27, 2014 | 45.78 | $10.00 | $457.80 |
| Check | 05/02/2014 | 13051 | Domingo Chris Rodriguez | 45.78 Hours @ $10 per hour, Apr 21 to Apr 27, 2014 (Additional $3 per hour) | 45.78 | $10.00 | $457.80 |
| Check | 11/26/2014 | 14290 | Domingo Chris Rodriguez | 45.80 Hours @ $13 per hour, Nov. 17 to Nov. 23, 2014 | 45.80 | $13.00 | $595.40 |
| Check | 10/31/2014 | 14151 | Domingo Chris Rodriguez | 47.22 Hours @ $13 per hour, Oct. 20 to Oct. 26, 2014 | 47.22 | $13.00 | $613.86 |
| Check | 11/14/2014 | 14220 | Domingo Chris Rodriguez | 47.40 Hours @ $13 per hour, Nov. 3 to Nov. 9, 2014 | 47.40 | $13.00 | $616.20 |
| Check | 05/16/2014 | 13137 | Domingo Chris Rodriguez | 49.23 Hours @ $13 per hour, May 05 to May 11, 2014 | 49.23 | $13.00 | $639.99 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 09/19/2014 | 13903 | Domingo Chris Rodriguez | 49.58 Hours @ $13 per hour, Sept. 8 to Sept. 14, 2014 | 49.58 | $13.00 | $644.54 |
| Check | 07/11/2014 | 13495 | Domingo Chris Rodriguez | 49.75 Hours @ $13 per hour, June 30 to July 6, 2014 | 49.75 | $13.00 | $646.75 |
| Check | 08/22/2014 | 13749 | Domingo Chris Rodriguez | 50.33 Hours @ $13 per hour, August 11 to August 17, 2014 | 50.33 | $13.00 | $654.29 |
| Check | 10/10/2014 | 14023 | Domingo Chris Rodriguez | 50.55 Hours @ $13 per hour, Sept. 29 to Oct. 5, 2014 | 50.55 | $13.00 | $657.15 |
| Check | 11/07/2014 | 14184 | Domingo Chris Rodriguez | 51.33 Hours @ $13 per hour, Oct. 27 to Nov. 2, 2014 | 51.33 | $13.00 | $667.29 |
| Check | 10/17/2014 | 14067 | Domingo Chris Rodriguez | 52.98 Hours @ $13 per hour, Oct. 6 to Oct. 12, 2014 | 52.98 | $13.00 | $688.74 |
| Check | 09/26/2014 | 13948 | Domingo Chris Rodriguez | 53.88Hours @ $13 per hour, Sept. 15 to Sept. 21, 2014 | 53.88 | $13.00 | $700.44 |
| Check | 07/30/2014 | 13638 | Domingo Chris Rodriguez | 58.47 Hours @ $13 per hour, July 21 to July 27, 2014 | 58.47 | $13.00 | $760.11 |
| Check | 10/03/2014 | 13978 | Domingo Chris Rodriguez | 61.13 Hours @ $13 per hour, Sept. 22 to Sept. 28, 2014 | 61.13 | $13.00 | $794.69 |
| Check | 08/29/2014 | 13805 | Edna Celestine I | 40.93 Hours @ $10.00 per hour, August 18 to August 24, 2014 | 40.93 | $10.00 | $409.30 |
| Check | 07/25/2014 | 13589 | Edna Celestine I | 41.83 Hours @ $10.00 per hour, July 14 to July 20, 2014 | 41.83 | $10.00 | $418.30 |
| Check | 06/13/2014 | 13329 | Edna Celestine I | 42.62 Hours @ $10.00 per hour, June 2 to June 8, 2014 | 42.62 | $10.00 | $426.20 |
| Check | 06/06/2014 | 13272 | Edna Celestine I | 44.58 Hours @ $10.00 per hour, May 26 to June 1, 2014 | 44.58 | $10.00 | $445.80 |
| Check | 08/22/2014 | 13750 | Edna Celestine I | 44.98 Hours @ $10.00 per hour, August 11 to August 17, 2014 | 44.98 | $10.00 | $449.80 |
| Check | 07/18/2014 | 13545 | Edna Celestine I | 45.37 Hours @ $10.00 per hour, July 7 to July 13, 2014 | 45.37 | $10.00 | $453.70 |
| Check | 06/27/2014 | 13415 | Edna Celestine I | 48.92 Hours @ $10.00 per hour, June 16 to June 22, 2014 | 48.92 | $10.00 | $489.20 |
| Check | 06/20/2014 | 13387 | Edna Celestine I | 5.72 Hours @ $10 per hour, June 2 to June 8, 2014 *** Correction *** | 5.72 | $10.00 | $57.20 |
| Check | 05/23/2014 | 13181 | Edna Celestine I | 54.65 Hours @ $10.00 per hour, May 12 to May 18, 2014 | 54.65 | $10.00 | $546.50 |
| Check | 05/30/2014 | 13227 | Edna Celestine I | 55.33 Hours @ $10.00 per hour, May 19 to May 25, 2014 | 55.33 | $10.00 | $553.30 |
| Check | 06/20/2014 | 13387 | Edna Celestine I | 55.43 Hours @ $10.00 per hour, June 9 to June 15, 2014 | 55.43 | $10.00 | $554.30 |
| Check | 08/15/2014 | 13729 | Edna Celestine I | 57.63 Hours @ $10.00 per hour, August 4 to August 12, 2014 | 57.63 | $10.00 | $576.30 |
| Check | 05/16/2014 | 13136 | Edna Celestine I | 58.93 Hours @ $10.00 per hour, May 05 to May 11, 2014 | 58.93 | $10.00 | $589.30 |
| Check | 07/03/2014 | 13454 | Edna Celestine I | 61.50 Hours @ $10.00 per hour, June 23 to June 29, 2014 | 61.50 | $10.00 | $615.00 |
| Check | 07/30/2014 | 13635 | Edna Celestine I | 62.67 Hours @ $10.00 per hour, July 21 to July 27, 2014 | 62.67 | $10.00 | $626.70 |
| Check | 08/08/2014 | 13678 | Edna Celestine I | 70.05 Hours @ $10.00 per hour, July 28 to August 3, 2014 | 70.05 | $10.00 | $700.50 |
| Check | 09/26/2014 | 13950 | Elizabeth Laureles | 40.55 Hours @ $11 per hour, Sept. 15 to Sept. 21, 2014 | 40.55 | $11.00 | $446.05 |
| Check | 07/18/2014 | 13546 | Elizabeth Laureles | 40.87 Hours @ $11 per hour, July 7 to July 13, 2014 | 40.87 | $11.00 | $449.57 |
| Check | 07/25/2014 | 13609 | Elizabeth Laureles | 41.01 Hours @ $11 per hour, July 14 to July 20, 2014 | 41.01 | $11.00 | $451.11 |
| Check | 07/11/2014 | 13497 | Elizabeth Laureles | 41.25 Hours @ $11 per hour, June 30 to July 6, 2014 | 41.25 | $11.00 | $453.75 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 10/03/2014 | 13980 | Elizabeth Laureles | 41.44 Hours @ $11 per hour, Sept. 22 to Sept. 28, 2014 | 41.44 | $11.00 | $455.84 |
| Check | 06/13/2014 | 13330 | Elizabeth Laureles | 42.42 Hours @ $11 per hour, June 2 to June 8, 2014 | 42.42 | $11.00 | $466.62 |
| Check | 03/28/2014 | 12851 | Elizabeth Laureles | 42.85 Hours @ $11 per hour, Mar 17 to Mar 23, 2014 | 42.85 | $11.00 | $471.35 |
| Check | 05/02/2014 | 13036 | Elizabeth Laureles | 43.37 Hours @ $11 per hour, Apr 21 to Apr 27, 2014 | 43.37 | $11.00 | $477.07 |
| Check | 05/16/2014 | 13135 | Elizabeth Laureles | 43.38 Hours @ $11 per hour, May 05 to May 11, 2014 | 43.38 | $11.00 | $477.18 |
| Check | 02/28/2014 | 12697 | Elizabeth Laureles | 45.70 Hours @ $11 per hour,  Feb 17 to Feb 23, 2014 | 45.70 | $11.00 | $502.70 |
| Check | 09/02/2014 | 13824 | Elizabeth Laureles | 45.90 Hours @ $11 per hour, August 25 to August 29, 2014 | 45.90 | $11.00 | $504.90 |
| Check | 12/12/2014 | 14368 | Elizabeth Laureles | 46.27 Hours @ $11 per hour, Dec. 1 to Dec. 7, 2014 | 46.27 | $11.00 | $508.97 |
| Check | 01/24/2014 | 12525 | Elizabeth Laureles | 46.60 Hours @ $11 per hour, Jan 13 to Jan 19, 2014 | 46.60 | $11.00 | $512.60 |
| Check | 07/30/2014 | 13639 | Elizabeth Laureles | 46.64 Hours @ $11 per hour, July 21 to July 26, 2014 | 46.64 | $11.00 | $513.04 |
| Check | 06/27/2014 | 13416 | Elizabeth Laureles | 47.07 Hours @ $11 per hour, June 16 to June 22, 2014 | 47.07 | $11.00 | $517.77 |
| Check | 08/22/2014 | 13751 | Elizabeth Laureles | 47.13Hours @ $11 per hour, August 11 to August 17, 2014 | 47.13 | $11.00 | $518.43 |
| Check | 08/22/2014 | 13779 | Elizabeth Laureles | 47.13Hours @ $11 per hour, August 11 to August 17, 2014 | 47.13 | $11.00 | $518.43 |
| Check | 08/15/2014 | 13716 | Elizabeth Laureles | 47.53 Hours @ $11 per hour, August 4 to August 12, 2014 | 47.53 | $11.00 | $522.83 |
| Check | 06/20/2014 | 13388 | Elizabeth Laureles | 47.63 Hours @ $11 per hour, June 9 to June 15, 2014 | 47.63 | $11.00 | $523.93 |
| Check | 10/17/2014 | 14068 | Elizabeth Laureles | 48.95 Hours @ $11 per hour, Oct. 6 to Oct. 12, 2014 | 48.95 | $11.00 | $538.45 |
| Check | 04/25/2014 | 12998 | Elizabeth Laureles | 49.13 Hours @ $11 per hour, Apr 14 to Apr 20, 2014 | 49.13 | $11.00 | $540.43 |
| Check | 03/21/2014 | 12819 | Elizabeth Laureles | 49.15 Hours @ $11 per hour, Mar 10 to Mar 16, 2014 | 49.15 | $11.00 | $540.65 |
| Check | 01/10/2014 | 12454 | Elizabeth Laureles | 49.23 Hours @ $11 per hour, Dec 30 to Jan 5, 2014 | 49.23 | $11.00 | $541.53 |
| Check | 11/26/2014 | 14291 | Elizabeth Laureles | 50.86 Hours @ $11 per hour, Nov. 17 to Nov. 23, 2014 | 50.86 | $11.00 | $559.46 |
| Check | 10/24/2014 | 14113 | Elizabeth Laureles | 51.12 Hours @ $11 per hour, Oct. 13 to Oct. 19, 2014 | 51.12 | $11.00 | $562.32 |
| Check | 07/03/2014 | 13455 | Elizabeth Laureles | 51.40 Hours @ $11 per hour, June 23 to June 29, 2014 | 51.40 | $11.00 | $565.40 |
| Check | 08/01/2014 | 13652 | Elizabeth Laureles | 52.04 Hours @ $11 per hour, July 21 to July 27, 2014 | 52.04 | $11.00 | $572.44 |
| Check | 02/21/2014 | 12655 | Elizabeth Laureles | 53.37 Hours @ $11 per hour, Feb 10 to Feb 16, 2014 | 53.37 | $11.00 | $587.07 |
| Check | 01/17/2014 | 12483 | Elizabeth Laureles | 54.38 Hours @ $11 per hour, Jan 6 to Jan 12, 2014 | 54.38 | $11.00 | $598.18 |
| Check | 05/23/2014 | 13182 | Elizabeth Laureles | 54.53 Hours @ $11 per hour, May 12 to May 18, 2014 | 54.53 | $11.00 | $599.83 |
| Check | 11/07/2014 | 14185 | Elizabeth Laureles | 56.29 Hours @ $11 per hour, Oct. 27 to Nov. 2, 2014 | 56.29 | $11.00 | $619.19 |
| Check | 05/09/2014 | 13078 | Elizabeth Laureles | 58.53 Hours @ $11 per hour, Apr 28 to May 04, 2014 | 58.53 | $11.00 | $643.83 |
| Check | 01/31/2014 | 12547 | Elizabeth Laureles | 59.75 Hours @ $11 per hour, Jan 20 to Jan 26, 2014 | 59.75 | $11.00 | $657.25 |
| Check | 02/14/2014 | 12624 | Elizabeth Laureles | 62.05 Hours @ $11 per hour, Feb 3 to Feb 9, 2014 | 62.05 | $11.00 | $682.55 |
| Check | 08/08/2014 | 13679 | Elizabeth Laureles | 66.80 Hours @ $11 per hour, July 28 to August 3, 2014 | 66.80 | $11.00 | $734.80 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 08/29/2014 | 13796 | Elizabeth Laureles | 67.33 Hours @ $11 per hour, August 18 to August 22, 2014 | 67.33 | $11.00 | $740.63 |
| Check | 10/17/2014 | 14066 | Emilio Vasquez III | 45.63 Hours @ $12 per hour, Oct. 6 to Oct. 12, 2014 | 45.63 | $12.00 | $547.56 |
| Check | 10/10/2014 | 14022 | Emilio Vasquez III | 53.61 Hours @ $12 per hour, Sept. 29 to Oct. 5, 2014 | 53.61 | $12.00 | $643.32 |
| Check | 10/24/2014 | 14111 | Emilio Vasquez III | 55.48 Hours @ $12 per hour, Oct. 13 to Oct. 19, 2014 | 55.48 | $12.00 | $665.76 |
| Check | 10/03/2014 | 13990 | Emilio Vasquez III | 6.27 Hours @ $12 per hour, Sept. 22 to Sept. 28, 2014 | 6.27 | $12.00 | $75.24 |
| Check | 03/28/2014 | 12852 | Esmeralda Laureles | 40.02 Hours @ $10 per hour, Mar 17 to Mar 23, 2014 | 40.02 | $10.00 | $400.20 |
| Check | 04/11/2014 | 12920 | Esmeralda Laureles | 40.27 Hours @ $10 per hour, Mar 31 to Apr 06, 2014 | 40.27 | $10.00 | $402.70 |
| Check | 11/21/2014 | 14260 | Esmeralda Laureles | 40.63 Hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 40.63 | $10.00 | $406.30 |
| Check | 03/21/2014 | 12820 | Esmeralda Laureles | 41.45 Hours @ $10 per hour, Mar 10 to Mar 16, 2014 | 41.45 | $10.00 | $414.50 |
| Check | 11/14/2014 | 14222 | Esmeralda Laureles | 41.68 Hours @ $10 per hour, Nov. 3 to Nov. 9, 2014 | 41.68 | $10.00 | $416.80 |
| Check | 12/19/2014 | 14409 | Esmeralda Laureles | 43.42 Hours @ $10 per hour, Dec. 8 to Dec. 14, 2014 | 43.42 | $10.00 | $434.20 |
| Check | 02/07/2014 | 12586 | Esmeralda Laureles | 43.70 Hours @ $10 per hour, Jan 27 to Feb 2, 2014 | 43.70 | $10.00 | $437.00 |
| Check | 10/31/2014 | 14153 | Esmeralda Laureles | 43.85 Hours @ $10 per hour, Oct. 20 to Oct. 26, 2014 | 43.85 | $10.00 | $438.50 |
| Check | 05/30/2014 | 13229 | Esmeralda Laureles | 43.92 Hours @ $10 per hour, May 19 to May 25, 2014 | 43.92 | $10.00 | $439.20 |
| Check | 08/15/2014 | 13717 | Esmeralda Laureles | 44.18 Hours @ $10 per hour, August 4 to August 12, 2014 | 44.18 | $10.00 | $441.80 |
| Check | 02/14/2014 | 12625 | Esmeralda Laureles | 44.48 Hours @ $10 per hour, Feb 3 to Feb 9, 2014 | 44.48 | $10.00 | $444.80 |
| Check | 11/07/2014 | 14186 | Esmeralda Laureles | 44.63 Hours @ $10 per hour, Oct. 27 to Nov. 2, 2014 | 44.63 | $10.00 | $446.30 |
| Check | 01/31/2014 | 12548 | Esmeralda Laureles | 45.55 Hours @ $10 per hour, Jan 20 to Jan 26, 2014 | 45.55 | $10.00 | $455.50 |
| Check | 02/28/2014 | 12698 | Esmeralda Laureles | 46.63 Hours @ $10 per hour, Feb 17 to Feb 23, 2014 | 46.63 | $10.00 | $466.30 |
| Check | 06/06/2014 | 13274 | Esmeralda Laureles | 46.77 Hours @ $10 per hour, May 26 to June 1, 2014 | 46.77 | $10.00 | $467.70 |
| Check | 04/25/2014 | 12999 | Esmeralda Laureles | 46.82 Hours @ $10 per hour, Apr 14 to Apr 20, 2014 | 46.82 | $10.00 | $468.20 |
| Check | 08/22/2014 | 13752 | Esmeralda Laureles | 47.15 Hours @ $10 per hour, August 11 to August 17, 2014 | 47.15 | $10.00 | $471.50 |
| Check | 10/03/2014 | 13981 | Esmeralda Laureles | 47.28 Hours @ $10 per hour, Sept. 22 to Sept. 28, 2014 | 47.28 | $10.00 | $472.80 |
| Check | 01/10/2014 | 12455 | Esmeralda Laureles | 49.35 Hours @ $10 per hour, Dec 30 to Jan 5, 2014 | 49.35 | $10.00 | $493.50 |
| Check | 05/30/2014 | 13246 | Esmeralda Laureles | 49.72 Hours @ $10 per hour, May 19 to May 25, 2014 | 49.72 | $10.00 | $497.20 |
| Check | 01/17/2014 | 12484 | Esmeralda Laureles | 50.07 Hours @ $10 per hour, Jan 6 to Jan 12, 2014 | 50.07 | $10.00 | $500.70 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 07/18/2014 | 13547 | Esmeralda Laureles | 50.62 Hours @ $10 per hour, July 7 to July 13, 2014 | 50.62 | $10.00 | $506.20 |
| Check | 12/12/2014 | 14369 | Esmeralda Laureles | 52.80 Hours @ $10 per hour, Dec. 1 to Dec. 7, 2014 | 52.80 | $10.00 | $528.00 |
| Check | 01/24/2014 | 12526 | Esmeralda Laureles | 52.87 Hours @ $10 per hour, Jan 13 to Jan 19, 2014 | 52.87 | $10.00 | $528.70 |
| Check | 10/10/2014 | 14025 | Esmeralda Laureles | 53.04 Hours @ $10 per hour, Sept. 29 to Oct. 5, 2014 | 53.04 | $10.00 | $530.40 |
| Check | 11/26/2014 | 14292 | Esmeralda Laureles | 53.38 Hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 53.38 | $10.00 | $533.80 |
| Check | 06/27/2014 | 13417 | Esmeralda Laureles | 54.40 Hours @ $10 per hour, June 16 to June 22, 2014 | 54.40 | $10.00 | $544.00 |
| Check | 06/20/2014 | 13389 | Esmeralda Laureles | 55.63 Hours @ $10 per hour, June 9 to June 15, 2014 | 55.63 | $10.00 | $556.30 |
| Check | 07/03/2014 | 13456 | Esmeralda Laureles | 56.77 Hours @ $10 per hour, June 23 to June 29, 2014 | 56.77 | $10.00 | $567.70 |
| Check | 08/08/2014 | 13680 | Esmeralda Laureles | 57.77 Hours @ $10 per hour, July 28 to August 3, 2014 | 57.77 | $10.00 | $577.70 |
| Check | 05/09/2014 | 13079 | Esmeralda Laureles | 61.30 Hours @ $10 per hour, Apr 28 to May 04, 2014 | 61.30 | $10.00 | $613.00 |
| Check | 06/13/2014 | 13331 | Esmeralda Laureles | 62.37 Hours @ $10 per hour, June 2 to June 8, 2014 | 62.37 | $10.00 | $623.70 |
| Check | 05/23/2014 | 13183 | Esmeralda Laureles | 64.37 Hours @ $10 per hour, May 12 to May 18, 2014 | 64.37 | $10.00 | $643.70 |
| Check | 05/16/2014 | 13134 | Esmeralda Laureles | 68.15 Hours @ $10 per hour, May 05 to May 11, 2014 | 68.15 | $10.00 | $681.50 |
| Check | 07/30/2014 | 13641 | Janet Hill | 42.79 Hours @ $10.00 per hour, July 21 to July 27, 2014 | 42.79 | $10.00 | $427.90 |
| Check | 05/30/2014 | 13230 | Janet Hill | 44.55 Hours @ $10.00 per hour, May 19 to May 25, 2014 | 44.55 | $10.00 | $445.50 |
| Check | 08/08/2014 | 13681 | Janet Hill | 45.58 Hours @ $10.00 per hour, July 28 to August 3, 2014 | 45.58 | $10.00 | $455.80 |
| Check | 05/16/2014 | 13133 | Janet Hill | 47.43 Hours @ $10.00 per hour, May 05 to May 11, 2014 | 47.43 | $10.00 | $474.30 |
| Check | 05/16/2014 | 13132 | Jeramie McClelan | 45.77 Hours @ $10.00 per hour, May 05 to May 11, 2014 | 45.77 | $10.00 | $457.70 |
| Check | 06/06/2014 | 13276 | Jeramie McClelan | 6.92 Hours @ $10.00 per hour, May 26 to June 1, 2014 | 6.92 | $10.00 | $69.20 |
| Check | 02/07/2014 | 12587 | Jessica Arriaga | 5.43 Hours @ $9 per hour, Jan 27 to Feb 2, 2014 | 5.43 | $9.00 | $48.87 |
| Check | 05/09/2014 | 13080 | Jessica Arriaga | 6.27 Hours @ $9 per hour, Apr 28 to May 04, 2014 | 6.27 | $9.00 | $56.43 |
| Check | 05/16/2014 | 13130 | Jim Munoz | 5.53 Hours @ $12.50 per hour, May 05 to May 11, 2014 | 5.53 | $12.50 | $69.13 |
| Check | 12/12/2014 | 14370 | Kassie Hayden | 40.18 hours @ $10 per hour, Dec. 1 to Dec. 7, 2014 | 40.18 | $10.00 | $401.80 |
| Check | 10/17/2014 | 14070 | Kassie Hayden | 42.00 hours @ $10 per hour, Oct. 6 to Oct. 12, 2014 | 42.00 | $10.00 | $420.00 |
| Check | 10/10/2014 | 14026 | Kassie Hayden | 42.53 hours @ $10 per hour, Sept. 29 to Oct. 5, 2014 | 42.53 | $10.00 | $425.30 |
| Check | 12/24/2014 | 14445 | Kassie Hayden | 42.95 hours @ $10 per hour, Dec. 15 to Dec. 21, 2014 | 42.95 | $10.00 | $429.50 |
| Check | 12/19/2014 | 14410 | Kassie Hayden | 43.37 hours @ $10 per hour, Dec. 8 to Dec. 14, 2014 | 43.37 | $10.00 | $433.70 |
| Check | 11/14/2014 | 14223 | Kassie Hayden | 44.12 hours @ $10 per hour, Nov. 3 to Nov. 9, 2014 | 44.12 | $10.00 | $441.20 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 11/26/2014 | 14293 | Kassie Hayden | 46.70 hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 46.70 | $10.00 | $467.00 |
| Check | 11/07/2014 | 14187 | Kassie Hayden | 47.60 hours @ $10 per hour, Oct. 27 to Nov. 2, 2014 | 47.60 | $10.00 | $476.00 |
| Check | 10/31/2014 | 14154 | Kassie Hayden | 48.02 hours @ $10 per hour, Oct. 20 to Oct. 26, 2014 | 48.02 | $10.00 | $480.20 |
| Check | 11/21/2014 | 14261 | Kassie Hayden | 50.12 hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 50.12 | $10.00 | $501.20 |
| Check | 04/25/2014 | 13000 | Maria Gonzalez | 40.10 Hours @ $12 per hour, Apr 14 to Apr 20, 2014 | 40.10 | $12.00 | $481.20 |
| Check | 12/19/2014 | 14411 | Maria Gonzalez | 41.28 Hours @ $12 per hour, Dec. 8 to Dec. 14, 2014 | 41.28 | $12.00 | $495.36 |
| Check | 02/14/2014 | 12626 | Maria Gonzalez | 41.93 Hours @ $12 per hour, Feb 3 to Feb 9, 2014 | 41.93 | $12.00 | $503.16 |
| Check | 05/02/2014 | 13041 | Maria Gonzalez | 44.47 Hours @ $12 per hour, Apr 21 to Apr 27, 2014 | 44.47 | $12.00 | $533.64 |
| Check | 01/24/2014 | 12527 | Maria Gonzalez | 44.53 Hours @ $12 per hour, Jan 13 to Jan 19, 2014 | 44.53 | $12.00 | $534.36 |
| Check | 05/16/2014 | 13127 | Maria Gonzalez | 45.17 Hours @ $12 per hour, May 05 to May 11, 2014 | 45.17 | $12.00 | $542.04 |
| Check | 03/07/2014 | 12760 | Maria Gonzalez | 45.57 Hours @ $12 per hour, Feb 24 to Mar 02, 2014 | 45.57 | $12.00 | $546.84 |
| Check | 09/26/2014 | 13952 | Maria Gonzalez | 45.75 Hours @ $12 per hour, Sept. 15 to Sept. 21, 2014 | 45.75 | $12.00 | $549.00 |
| Check | 04/18/2014 | 12962 | Maria Gonzalez | 48.33 Hours @ $12 per hour, Apr 07 to Apr 13, 2014 | 48.33 | $12.00 | $579.96 |
| Check | 02/28/2014 | 12701 | Maria Gonzalez | 49.25 Hours @ $12 per hour, Feb 17 to Feb 23, 2014 | 49.25 | $12.00 | $591.00 |
| Check | 05/23/2014 | 13189 | Maria Gonzalez | 51.75 Hours @ $12 per hour, May 12 to May 18, 2014 | 51.75 | $12.00 | $621.00 |
| Check | 05/30/2014 | 13235 | Maria Gonzalez | 52.77 Hours @ $12 per hour, May 19 to May 25, 2014 | 52.77 | $12.00 | $633.24 |
| Check | 01/17/2014 | 12485 | Maria Gonzalez | 58.12 Hours @ $12 per hour, Jan 6 to Jan 12, 2014 | 58.12 | $12.00 | $697.44 |
| Check | 05/16/2014 | 13126 | Martha Flores | 5.53 Hours @ $12 per hour, May 05 to May 11, 2014 | 5.53 | $12.00 | $66.36 |
| Check | 09/12/2014 | 13877 | Miriam Ayala | 40.03 Hours @ $10 per hour, Sept. 2 to Sept. 7, 2014 | 40.03 | $10.00 | $400.30 |
| Check | 12/05/2014 | 14344 | Miriam Ayala | 40.13 Hours @ $10 per hour, Nov. 24 to Nov. 30, 2014 | 40.13 | $10.00 | $401.30 |
| Check | 05/16/2014 | 13125 | Miriam Ayala | 40.52 Hours @ $10 per hour, May 05 to May 11, 2014 | 40.52 | $10.00 | $405.20 |
| Check | 12/24/2014 | 14447 | Miriam Ayala | 41.18 Hours @ $10 per hour, Dec.15 to Dec. 21, 2014 | 41.18 | $10.00 | $411.80 |
| Check | 03/07/2014 | 12761 | Miriam Ayala | 41.75 Hours @ $10 per hour, Feb 24 to Mar 02, 2014 | 41.75 | $10.00 | $417.50 |
| Check | 05/30/2014 | 13236 | Miriam Ayala | 42.77 Hours @ $10 per hour, May 19 to May 25, 2014 | 42.77 | $10.00 | $427.70 |
| Check | 04/25/2014 | 13001 | Miriam Ayala | 46.33 Hours @ $10 per hour, Apr 14 to Apr 20, 2014 | 46.33 | $10.00 | $463.30 |
| Check | 09/05/2014 | 13841 | Miriam Ayala | 47.42 Hours @ $10 per hour, August 25 to August 29, 2014 | 47.42 | $10.00 | $474.20 |
| Check | 10/24/2014 | 14117 | Miriam Ayala | 47.58 Hours @ $10 per hour, Oct. 13 to Oct. 19, 2014 | 47.58 | $10.00 | $475.80 |
| Check | 08/29/2014 | 13810 | Miriam Ayala | 47.92 Hours @ $10 per hour, August 18 to August 24, 2014 | 47.92 | $10.00 | $479.20 |
| Check | 06/20/2014 | 13395 | Miriam Ayala | 48.42 Hours @ $10 per hour, June 9 to June 15, 2014 | 48.42 | $10.00 | $484.20 |
| Check | 02/28/2014 | 12702 | Miriam Ayala | 5.33 Hours @ $10 per hour, Feb 17 to Feb 23, 2014 | 5.33 | $10.00 | $53.30 |
| Check | 07/30/2014 | 13644 | Miriam Ayala | 50.71 Hours @ $10 per hour, July 21 to July 27, 2014 | 50.71 | $10.00 | $507.10 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 05/02/2014 | 13042 | Miriam Ayala | 51.18 Hours @ $10 per hour, Apr 21 to Apr 27, 2014 | 51.18 | $10.00 | $511.80 |
| Check | 06/13/2014 | 13338 | Miriam Ayala | 51.95 Hours @ $10 per hour, June 2 to June 8, 2014 | 51.95 | $10.00 | $519.50 |
| Check | 05/23/2014 | 13190 | Miriam Ayala | 52.47 Hours @ $10 per hour, May 12 to May 18, 2014 | 52.47 | $10.00 | $524.70 |
| Check | 05/09/2014 | 13082 | Miriam Ayala | 53.07 Hours @ $10 per hour, Apr 28 to May 04, 2014 | 53.07 | $10.00 | $530.70 |
| Check | 09/19/2014 | 13908 | Miriam Ayala | 53.42 Hours @ $10 per hour, Sept. 8 to Sept. 14, 2014 | 53.42 | $10.00 | $534.20 |
| Check | 11/21/2014 | 14263 | Miriam Ayala | 54.73 Hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 54.73 | $10.00 | $547.30 |
| Check | 08/15/2014 | 13721 | Miriam Ayala | 55.63 Hours @ $10 per hour, August 4 to August 12, 2014 | 55.63 | $10.00 | $556.30 |
| Check | 10/17/2014 | 14072 | Miriam Ayala | 57.19 Hours @ $10 per hour, Oct. 6 to Oct. 12, 2014 | 57.19 | $10.00 | $571.90 |
| Check | 12/19/2014 | 14412 | Miriam Ayala | 61.43 Hours @ $10 per hour, Dec.8 to Dec. 14, 2014 | 61.43 | $10.00 | $614.30 |
| Check | 08/08/2014 | 13684 | Miriam Ayala | 61.53 Hours @ $10 per hour, July 28 to August 3, 2014 | 61.53 | $10.00 | $615.30 |
| Check | 10/31/2014 | 14156 | Miriam Ayala | 62.40 Hours @ $10 per hour, Oct. 20 to Oct. 26, 2014 | 62.40 | $10.00 | $624.00 |
| Check | 12/12/2014 | 14372 | Miriam Ayala | 65.65 Hours @ $10 per hour, Dec.1 to Dec. 7, 2014 | 65.65 | $10.00 | $656.50 |
| Check | 11/26/2014 | 14295 | Miriam Ayala | 67.70 Hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 67.70 | $10.00 | $677.00 |
| Check | 10/03/2014 | 13984 | Miriam Ayala | 77.23 Hours @ $10 per hour, Sept. 22 to Sept. 28, 2014 | 77.23 | $10.00 | $772.30 |
| Check | 12/05/2014 | 14345 | Ramona Simmons-Chambers | 40.87 Hours @ $10 per hour, Nov. 24 to Nov. 30, 2014 | 40.87 | $10.00 | $408.70 |
| Check | 10/10/2014 | 14029 | Ramona Simmons-Chambers | 41.87 Hours @ $10 per hour, Sept. 29 to Oct. 5, 2014 | 41.87 | $10.00 | $418.70 |
| Check | 10/24/2014 | 14118 | Ramona Simmons-Chambers | 41.90 Hours @ $10 per hour, Oct. 13 to Oct. 19, 2014 | 41.90 | $10.00 | $419.00 |
| Check | 11/14/2014 | 14226 | Ramona Simmons-Chambers | 42.43 Hours @ $10 per hour, Nov. 3 to Nov. 9, 2014 | 42.43 | $10.00 | $424.30 |
| Check | 10/17/2014 | 14073 | Ramona Simmons-Chambers | 42.57 Hours @ $10 per hour, Oct. 6 to Oct. 12, 2014 | 42.57 | $10.00 | $425.70 |
| Check | 07/25/2014 | 13595 | Ramona Simmons-Chambers | 43.07 Hours @ $10 per hour, July 14 to July 20, 2014 | 43.07 | $10.00 | $430.70 |
| Check | 07/11/2014 | 13502 | Ramona Simmons-Chambers | 43.17 Hours @ $10 per hour, June 30 to July 6, 2014 | 43.17 | $10.00 | $431.70 |
| Check | 11/21/2014 | 14264 | Ramona Simmons-Chambers | 45.15 Hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 45.15 | $10.00 | $451.50 |
| Check | 06/27/2014 | 13423 | Ramona Simmons-Chambers | 45.93 Hours @ $10 per hour, June 16 to June 22, 2014 | 45.93 | $10.00 | $459.30 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 11/07/2014 | 14190 | Ramona Simmons-Chambers | 45.95 Hours @ $10 per hour, Oct. 27 to Nov. 2, 2014 | 45.95 | $10.00 | $459.50 |
| Check | 07/18/2014 | 13551 | Ramona Simmons-Chambers | 47.02 Hours @ $10 per hour, July 7 to July 13, 2014 | 47.02 | $10.00 | $470.20 |
| Check | 07/30/2014 | 13645 | Ramona Simmons-Chambers | 47.44 Hours @ $10 per hour, July 21 to July 27, 2014 | 47.44 | $10.00 | $474.40 |
| Check | 12/24/2014 | 14448 | Ramona Simmons-Chambers | 47.70 Hours @ $10 per hour, Dec. 15 to Dec. 21, 2014 | 47.70 | $10.00 | $477.00 |
| Check | 05/09/2014 | 13083 | Ramona Simmons-Chambers | 48.03 Hours @ $10 per hour, Apr 28 to May 04, 2014 | 48.03 | $10.00 | $480.30 |
| Check | 07/03/2014 | 13460 | Ramona Simmons-Chambers | 48.32 Hours @ $10 per hour, June 23 to June 29, 2014 | 48.32 | $10.00 | $483.20 |
| Check | 06/20/2014 | 13396 | Ramona Simmons-Chambers | 48.40 Hours @ $10 per hour, June 9 to June 15, 2014 | 48.40 | $10.00 | $484.00 |
| Check | 07/25/2014 | 13608 | Ramona Simmons-Chambers | 49.35 Hours @ $10 per hour, July 14 to July 20, 2014 | 49.35 | $10.00 | $493.50 |
| Check | 05/30/2014 | 13237 | Ramona Simmons-Chambers | 50.05 Hours @ $10 per hour, May 19 to May 25, 2014 | 50.05 | $10.00 | $500.50 |
| Check | 05/02/2014 | 13043 | Ramona Simmons-Chambers | 50.07 Hours @ $10 per hour, Apr 21 to Apr 27, 2014 | 50.07 | $10.00 | $500.70 |
| Check | 05/16/2014 | 13123 | Ramona Simmons-Chambers | 51.32 Hours @ $10 per hour, May 05 to May 11, 2014 | 51.32 | $10.00 | $513.20 |
| Check | 12/19/2014 | 14413 | Ramona Simmons-Chambers | 51.93 Hours @ $10 per hour, Dec. 8 to Dec. 14, 2014 | 51.93 | $10.00 | $519.30 |
| Check | 12/12/2014 | 14373 | Ramona Simmons-Chambers | 52.22 Hours @ $10 per hour, Dec. 1 to Dec. 7, 2014 | 52.22 | $10.00 | $522.20 |
| Check | 11/26/2014 | 14296 | Ramona Simmons-Chambers | 54.42 Hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 54.42 | $10.00 | $544.20 |
| Check | 05/23/2014 | 13191 | Ramona Simmons-Chambers | 56.83 Hours @ $10 per hour, May 12 to May 18, 2014 | 56.83 | $10.00 | $568.30 |
| Check | 08/15/2014 | 13722 | Ramona Simmons-Chambers | 57.67 Hours @ $10 per hour, August 4 to August 12, 2014 | 57.67 | $10.00 | $576.70 |
| Check | 08/22/2014 | 13757 | Ramona Simmons-Chambers | 59.70 Hours @ $10 per hour, August 11 to August 17, 2014 | 59.70 | $10.00 | $597.00 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 08/08/2014 | 13685 | Ramona Simmons-Chambers | 62.52 Hours @ $10 per hour, July 28 to August 3, 2014 | 62.52 | $10.00 | $625.20 |
| Check | 01/31/2014 | 12551 | Robert Ranney | 40.17 Hours @ $11 per hour, Jan 20 to Jan 26, 2014 | 40.17 | $11.00 | $441.87 |
| Check | 01/10/2014 | 12457 | Robert Ranney | 42.27 Hours @ $11 per hour, Dec 30 to Jan 5, 2014 | 42.27 | $11.00 | $464.97 |
| Check | 08/29/2014 | 13812 | Robert Ranney | 42.30 @ $13 per hour, August 18 to August 24, 2014 | 42.30 | $13.00 | $549.90 |
| Check | 10/03/2014 | 13986 | Robert Ranney | 42.92 @ $13 per hour, Sept. 22 to Sept. 28, 2014 | 42.92 | $13.00 | $557.96 |
| Check | 06/06/2014 | 13283 | Robert Ranney | 43.05 Hours @ $13 per hour, May 26 to June 1, 2014 | 43.05 | $13.00 | $559.65 |
| Check | 03/14/2014 | 12781 | Robert Ranney | 43.98 Hours @ $11 per hour, Mar 03 to Mar 09, 2014 | 43.98 | $11.00 | $483.78 |
| Check | 06/20/2014 | 13397 | Robert Ranney | 44.48 Hours @ $13 per hour, June 9 to June 15, 2014 | 44.48 | $13.00 | $578.24 |
| Check | 02/21/2014 | 12659 | Robert Ranney | 44.58 Hours @ $11 per hour, Feb 10 to Feb 16, 2014 | 44.58 | $11.00 | $490.38 |
| Check | 08/22/2014 | 13758 | Robert Ranney | 45.78 @ $13 per hour, August 11 to August 17, 2014 | 45.78 | $13.00 | $595.14 |
| Check | 04/11/2014 | 12922 | Robert Ranney | 45.78 Hours @ $11 per hour, Mar 31 to Apr 06, 2014 | 45.78 | $11.00 | $503.58 |
| Check | 04/04/2014 | 12897 | Robert Ranney | 46.25 Hours @ $11 per hour, Mar 24 to Mar 30, 2014 | 46.25 | $11.00 | $508.75 |
| Check | 10/31/2014 | 14158 | Robert Ranney | 46.43 @ $13 per hour, Oct. 20 to Oct. 26, 2014 | 46.43 | $13.00 | $603.59 |
| Check | 02/14/2014 | 12627 | Robert Ranney | 46.72 Hours @ $11 per hour, Feb 3 to Feb 9, 2014 | 46.72 | $11.00 | $513.92 |
| Check | 03/28/2014 | 12857 | Robert Ranney | 46.75 Hours @ $11 per hour, Mar 17 to Mar 23, 2014 | 46.75 | $11.00 | $514.25 |
| Check | 03/07/2014 | 12762 | Robert Ranney | 48.33 Hours @ $11 per hour, Feb 24 to Mar 02, 2014 | 48.33 | $11.00 | $531.63 |
| Check | 01/17/2014 | 12486 | Robert Ranney | 49.52 Hours @ $11 per hour, Jan 6 to Jan 12, 2014 | 49.52 | $11.00 | $544.72 |
| Check | 06/13/2014 | 13340 | Robert Ranney | 49.62 Hours @ $13 per hour, June 2 to June 8, 2014 | 49.62 | $13.00 | $645.06 |
| Check | 09/26/2014 | 13954 | Robert Ranney | 49.90 @ $13 per hour, Sept. 15 to Sept. 21, 2014 | 49.90 | $13.00 | $648.70 |
| Check | 02/07/2014 | 12589 | Robert Ranney | 50.02 Hours @ $11 per hour, Jan 27 to Feb 2, 2014 | 50.02 | $11.00 | $550.22 |
| Check | 03/21/2014 | 12824 | Robert Ranney | 50.43 Hours @ $11 per hour, Mar 10 to Mar 16, 2014 | 50.43 | $11.00 | $554.73 |
| Check | 01/24/2014 | 12528 | Robert Ranney | 51.82 Hours @ $11 per hour, Jan 13 to Jan 19, 2014 | 51.82 | $11.00 | $570.02 |
| Check | 02/28/2014 | 12703 | Robert Ranney | 52.07 Hours @ $11 per hour, Feb 17 to Feb 23, 2014 | 52.07 | $11.00 | $572.77 |
| Check | 04/25/2014 | 13003 | Robert Ranney | 53.82 Hours @ $11 per hour, Apr 14 to Apr 20, 2014 | 53.82 | $11.00 | $592.02 |
| Check | 05/30/2014 | 13238 | Robert Ranney | 53.87 Hours @ $13 per hour, May 19 to May 25, 2014 | 53.87 | $13.00 | $700.31 |
| Check | 11/07/2014 | 14191 | Robert Ranney | 53.98 @ $13 per hour, Oct. 27 to Nov. 2, 2014 | 53.98 | $13.00 | $701.74 |
| Check | 05/23/2014 | 13192 | Robert Ranney | 54.58 Hours @ $1 per hour, May 05 to May 11, 2014, HOURLY WAGE CORRECTION | 54.58 | $1.00 | $54.58 |
| Check | 05/16/2014 | 13122 | Robert Ranney | 54.58 Hours @ $11 per hour, May 05 to May 11, 2014 | 54.58 | $11.00 | $600.38 |
| Check | 05/09/2014 | 13084 | Robert Ranney | 57.40 Hours @ $11 per hour, Apr 28 to May 04, 2014 | 57.40 | $11.00 | $631.40 |
| Check | 11/21/2014 | 14265 | Robert Ranney | 58.08 @ $13 per hour, Nov. 10 to Nov. 16, 2014 | 58.08 | $13.00 | $755.04 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 04/18/2014 | 12964 | Robert Ranney | 58.42 Hours @ $11 per hour, Apr 07 to Apr 13, 2014 | 58.42 | $11.00 | $642.62 |
| Check | 07/03/2014 | 13461 | Robert Ranney | 59.77 Hours @ $13 per hour, June 23 to June 29, 2014 | 59.77 | $13.00 | $777.01 |
| Check | 05/23/2014 | 13192 | Robert Ranney | 60.97 Hours @ $12 per hour, May 12 to May 18, 2014 | 60.97 | $12.00 | $731.64 |
| Check | 08/15/2014 | 13723 | Robert Ranney | 61.88 @ $13 per hour, August 4 to August 12, 2014 | 61.88 | $13.00 | $804.44 |
| Check | 07/30/2014 | 13646 | Robert Ranney | 65.10 @ $13 per hour, July 21 to July 27, 2014 | 65.10 | $13.00 | $846.30 |
| Check | 08/08/2014 | 13686 | Robert Ranney | 67.80 @ $13 per hour, July 28 to August 3, 2014 | 67.80 | $13.00 | $881.40 |
| Check | 07/25/2014 | 13597 | Rosalinda Abarca | 40.17 Hours @ $11 per hour, July 14 to July 20, 2014 | 40.17 | $11.00 | $441.87 |
| Check | 11/14/2014 | 14228 | Rosalinda Abarca | 40.27 Hours @ $11 per hour, Nov. 3 to Nov. 9, 2014 | 40.27 | $11.00 | $442.97 |
| Check | 10/03/2014 | 13989 | Rosalinda Abarca | 40.43 Hours @ $11 per hour, Sept. 22 to Sept. 28, 2014 | 40.43 | $11.00 | $444.73 |
| Check | 06/13/2014 | 13341 | Rosalinda Abarca | 40.73 Hours @ $11 per hour, June 2 to June 8, 2014 | 40.73 | $11.00 | $448.03 |
| Check | 12/05/2014 | 14347 | Rosalinda Abarca | 42.13 Hours @ $11 per hour, Nov. 24 to Nov. 30, 2014 | 42.13 | $11.00 | $463.43 |
| Check | 12/24/2014 | 14450 | Rosalinda Abarca | 43.78 Hours @ $11 per hour, Dec. 15 to Dec. 21, 2014 | 43.78 | $11.00 | $481.58 |
| Check | 08/15/2014 | 13724 | Rosalinda Abarca | 46.17 Hours @ $11 per hour, August 4 to August 12, 2014 | 46.17 | $11.00 | $507.87 |
| Check | 06/06/2014 | 13284 | Rosalinda Abarca | 46.58 Hours @ $11 per hour, May 26 to June 1, 2014 | 46.58 | $11.00 | $512.38 |
| Check | 07/18/2014 | 13553 | Rosalinda Abarca | 47.83 Hours @ $11 per hour, July 7 to July 13, 2014 | 47.83 | $11.00 | $526.13 |
| Check | 11/26/2014 | 14297 | Rosalinda Abarca | 47.90 Hours @ $11 per hour, Nov. 17 to Nov. 23, 2014 | 47.90 | $11.00 | $526.90 |
| Check | 10/24/2014 | 14120 | Rosalinda Abarca | 51.93 Hours @ $11 per hour, Oct. 13 to Oct. 19, 2014 | 51.93 | $11.00 | $571.23 |
| Check | 10/31/2014 | 14159 | Rosalinda Abarca | 52.13 Hours @ $11 per hour, Oct. 20 to Oct. 26, 2014 | 52.13 | $11.00 | $573.43 |
| Check | 05/09/2014 | 13085 | Rosalinda Abarca | 52.83 Hours @ $11 per hour, Apr 28 to May 04, 2014 | 52.83 | $11.00 | $581.13 |
| Check | 05/23/2014 | 13193 | Rosalinda Abarca | 52.87 Hours @ $11 per hour, May 12 to May 18, 2014 | 52.87 | $11.00 | $581.57 |
| Check | 11/21/2014 | 14266 | Rosalinda Abarca | 55.05 Hours @ $11 per hour, Nov. 10 to Nov. 16, 2014 | 55.05 | $11.00 | $605.55 |
| Check | 08/08/2014 | 13687 | Rosalinda Abarca | 57.72 Hours @ $11 per hour, July 28 to August 3, 2014 | 57.72 | $11.00 | $634.92 |
| Check | 12/19/2014 | 14415 | Rosalinda Abarca | 63.22 Hours @ $11 per hour, Dec. 8 to Dec. 14, 2014 | 63.22 | $11.00 | $695.42 |
| Check | 12/12/2014 | 14375 | Rosalinda Abarca | 68.12 Hours @ $11 per hour, Dec. 1 to Dec. 7, 2014 | 68.12 | $11.00 | $749.32 |
| Check | 06/13/2014 | 13342 | Stephanie Santos | 41.57 Hours @ $10 per hour, June 2 to June 8, 2014 | 41.57 | $10.00 | $415.70 |
| Check | 12/05/2014 | 14348 | Stephanie Santos | 42.08 Hours @ $10 per hour, Nov. 24 to Nov. 30, 2014 | 42.08 | $10.00 | $420.80 |
| Check | 07/03/2014 | 13463 | Stephanie Santos | 45.47 Hours @ $10 per hour, June 23 to June 29, 2014 | 45.47 | $10.00 | $454.70 |
| Check | 10/24/2014 | 14121 | Stephanie Santos | 45.82 Hours @ $10 per hour, Oct. 13 to Oct. 19, 2014 | 45.82 | $10.00 | $458.20 |
| Check | 08/15/2014 | 13725 | Stephanie Santos | 46.30 Hours @ $10 per hour, August 4 to August 12, 2014 | 46.30 | $10.00 | $463.00 |
| Check | 06/06/2014 | 13285 | Stephanie Santos | 46.43 Hours @ $10 per hour, May 26 to June 1, 2014 | 46.43 | $10.00 | $464.30 |
| Check | 08/08/2014 | 13688 | Stephanie Santos | 50.20 Hours @ $10 per hour, July 28 to August 3, 2014 | 50.20 | $10.00 | $502.00 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 12/24/2014 | 14451 | Stephanie Santos | 51.78 Hours @ $10 per hour, Dec. 15 to Dec. 21, 2014 | 51.78 | $10.00 | $517.80 |
| Check | 09/02/2014 | 13823 | Stephanie Santos | 54.04 Hours @ $10 per hour, August 25 to August 29, 2014 | 54.04 | $10.00 | $540.40 |
| Check | 11/21/2014 | 14267 | Stephanie Santos | 56.87 Hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 56.87 | $10.00 | $568.70 |
| Check | 11/26/2014 | 14298 | Stephanie Santos | 62.73 Hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 62.73 | $10.00 | $627.30 |
| Check | 12/12/2014 | 14376 | Stephanie Santos | 64.71 Hours @ $10 per hour, Dec. 1 to Dec. 7, 2014 | 64.71 | $10.00 | $647.10 |
| Check | 09/12/2014 | 13883 | Stephanie Santos | 65.38 Hours @ $10 per hour, Sept. 2 to Sept. 7, 2014 | 65.38 | $10.00 | $653.80 |
| Check | 12/19/2014 | 14416 | Stephanie Santos | 65.57 Hours @ $10 per hour, Dec. 8 to Dec. 14, 2014 | 65.57 | $10.00 | $655.70 |
| Check | 08/29/2014 | 13797 | Stephanie Santos | 67.18 Hours @ $10 per hour, August 18 to August 22, 2014 | 67.18 | $10.00 | $671.80 |
| Check | 07/11/2014 | 13507 | Trevis Black | 5.57 Hours @ $10 per hour, June 23 to June 29, 2014 | 5.57 | $10.00 | $55.70 |
| Check | 12/31/2014 | 14473 | Vanessa Williams | 40.10 Hours @ $10 per hour, Dec. 22 to Dec. 28, 2014 | 40.10 | $10.00 | $401.00 |
| Check | 03/28/2014 | 12859 | Vanessa Williams | 40.97 Hours @ $10 per hour, Mar 17 to Mar 23, 2014 | 40.97 | $10.00 | $409.70 |
| Check | 04/18/2014 | 12967 | Vanessa Williams | 41.32 Hours @ $10 per hour, Apr 07 to Apr 13, 2014 | 41.32 | $10.00 | $413.20 |
| Check | 02/07/2014 | 12592 | Vanessa Williams | 41.50 Hours @ $10 per hour, Jan 27 to Feb 2, 2014 | 41.50 | $10.00 | $415.00 |
| Check | 09/10/2014 | 13864 | Vanessa Williams | 41.92 Hours @ $10 per hour, Sept. 2 to Sept. 5, 2014 | 41.92 | $10.00 | $419.20 |
| Check | 03/21/2014 | 12826 | Vanessa Williams | 42.58 Hours @ $10 per hour, Mar 10 to Mar 16, 2014 | 42.58 | $10.00 | $425.80 |
| Check | 04/04/2014 | 12899 | Vanessa Williams | 42.61 Hours @ $10 per hour, Mar 24 to Mar 30, 2014 | 42.61 | $10.00 | $426.10 |
| Check | 09/05/2014 | 13846 | Vanessa Williams | 42.72 Hours @ $10 per hour, August 25 to August 29, 2014 | 42.72 | $10.00 | $427.20 |
| Check | 01/17/2014 | 12489 | Vanessa Williams | 42.88 Hours @ $10 per hour, Jan 6 to Jan 12, 2014 | 42.88 | $10.00 | $428.80 |
| Check | 07/25/2014 | 13607 | Vanessa Williams | 43.05 Hours @ $10 per hour, July 14 to July 20, 2014 | 43.05 | $10.00 | $430.50 |
| Check | 07/25/2014 | 13599 | Vanessa Williams | 44.63 Hours @ $10 per hour, July 14 to July 20, 2014 | 44.63 | $10.00 | $446.30 |
| Check | 08/29/2014 | 13815 | Vanessa Williams | 44.78 Hours @ $10 per hour, August 18 to August 24, 2014 | 44.78 | $10.00 | $447.80 |
| Check | 01/10/2014 | 12460 | Vanessa Williams | 45.28 Hours @ $10 per hour, Dec 30 to Jan 5, 2014 | 45.28 | $10.00 | $452.80 |
| Check | 11/14/2014 | 14230 | Vanessa Williams | 46.15 Hours @ $10 per hour, Nov. 3 to Nov. 9, 2014 | 46.15 | $10.00 | $461.50 |
| Check | 10/31/2014 | 14161 | Vanessa Williams | 46.18 Hours @ $10 per hour, Oct. 20 to Oct. 26, 2014 | 46.18 | $10.00 | $461.80 |
| Check | 01/24/2014 | 12531 | Vanessa Williams | 46.45 Hours @ $10 per hour, Jan 13 to Jan 19, 2014 | 46.45 | $10.00 | $464.50 |
| Check | 07/30/2014 | 13650 | Vanessa Williams | 47.36 Hours @ $10 per hour, July 21 to July 27, 2014 | 47.36 | $10.00 | $473.60 |
| Check | 12/05/2014 | 14349 | Vanessa Williams | 48.10 Hours @ $10 per hour, Nov. 24 to Nov. 30, 2014 | 48.10 | $10.00 | $481.00 |
| Check | 06/06/2014 | 13287 | Vanessa Williams | 49.72 Hours @ $10 per hour, May 26 to June 1, 2014 | 49.72 | $10.00 | $497.20 |
| Check | 02/28/2014 | 12706 | Vanessa Williams | 49.85 Hours @ $10 per hour, Feb 17 to Feb 23, 2014 | 49.85 | $10.00 | $498.50 |
| Check | 08/22/2014 | 13762 | Vanessa Williams | 51.12 Hours @ $10 per hour, August 11 to August 17, 2014 | 51.12 | $10.00 | $511.20 |
| Check | 10/03/2014 | 13988 | Vanessa Williams | 51.73 Hours @ $10 per hour, Sept. 22 to Sept. 28, 2014 | 51.73 | $10.00 | $517.30 |

| Payment Method | Date | ID | Worker Name | Weekly Statistics | Total Hours | Hourly Wage | Total TDG Paid |
|---|---|---|---|---|---|---|---|
| Check | 05/30/2014 | 13242 | Vanessa Williams | 51.83 Hours @ $10 per hour, May 19 to May 25, 2014 | 51.83 | $10.00 | $518.30 |
| Check | 07/11/2014 | 13508 | Vanessa Williams | 52.42 Hours @ $10 per hour, June 30 to July 6, 2014 | 52.42 | $10.00 | $524.20 |
| Check | 08/15/2014 | 13727 | Vanessa Williams | 52.47 Hours @ $10 per hour, August 4 to August 12, 2014 | 52.47 | $10.00 | $524.70 |
| Check | 07/18/2014 | 13557 | Vanessa Williams | 53.07 Hours @ $10 per hour, July 7 to July 13, 2014 | 53.07 | $10.00 | $530.70 |
| Check | 09/26/2014 | 13957 | Vanessa Williams | 53.10 Hours @ $10 per hour, Sept. 15 to Sept. 21, 2014 | 53.10 | $10.00 | $531.00 |
| Check | 02/21/2014 | 12662 | Vanessa Williams | 53.57 Hours @ $10 per hour, Feb 10 to Feb 16, 2014 | 53.57 | $10.00 | $535.70 |
| Check | 02/14/2014 | 12630 | Vanessa Williams | 54.42 Hours @ $10 per hour, Feb 3 to Feb 9, 2014 | 54.42 | $10.00 | $544.20 |
| Check | 10/17/2014 | 14077 | Vanessa Williams | 55.30 Hours @ $10 per hour, Oct. 6 to Oct. 12, 2014 | 55.30 | $10.00 | $553.00 |
| Check | 06/20/2014 | 13401 | Vanessa Williams | 55.72 Hours @ $10 per hour, June 9 to June 15, 2014 | 55.72 | $10.00 | $557.20 |
| Check | 10/10/2014 | 14033 | Vanessa Williams | 56.18 Hours @ $10 per hour, Sept. 29 to Oct. 5, 2014 | 56.18 | $10.00 | $561.80 |
| Check | 10/24/2014 | 14122 | Vanessa Williams | 56.33 Hours @ $10 per hour, Oct. 13 to Oct. 19, 2014 | 56.33 | $10.00 | $563.30 |
| Check | 05/16/2014 | 13119 | Vanessa Williams | 56.68 Hours @ $10 per hour, May 05 to May 11, 2014 | 56.68 | $10.00 | $566.80 |
| Check | 01/31/2014 | 12554 | Vanessa Williams | 57.55 Hours @ $10 per hour, Jan 20 to Jan 26, 2014 | 57.55 | $10.00 | $575.50 |
| Check | 06/27/2014 | 13428 | Vanessa Williams | 58.00 Hours @ $10 per hour, June 16 to June 22, 2014 | 58.00 | $10.00 | $580.00 |
| Check | 11/21/2014 | 14268 | Vanessa Williams | 58.88 Hours @ $10 per hour, Nov. 10 to Nov. 16, 2014 | 58.88 | $10.00 | $588.80 |
| Check | 12/24/2014 | 14452 | Vanessa Williams | 59.77 Hours @ $10 per hour, Dec. 15 to Dec. 21, 2014 | 59.77 | $10.00 | $597.70 |
| Check | 05/23/2014 | 13195 | Vanessa Williams | 59.78 Hours @ $10 per hour, May 12 to May 18, 2014 | 59.78 | $10.00 | $597.80 |
| Check | 05/09/2014 | 13087 | Vanessa Williams | 60.02 Hours @ $10 per hour, Apr 28 to May 04, 2014 | 60.02 | $10.00 | $600.20 |
| Check | 11/07/2014 | 14194 | Vanessa Williams | 61.35 Hours @ $10 per hour, Oct. 27 to Nov. 2, 2014 | 61.35 | $10.00 | $613.50 |
| Check | 06/13/2014 | 13344 | Vanessa Williams | 61.52 Hours @ $10 per hour, June 2 to June 8, 2014 | 61.52 | $10.00 | $615.20 |
| Check | 08/08/2014 | 13690 | Vanessa Williams | 65.85 Hours @ $10 per hour, July 28 to August 3, 2014 | 65.85 | $10.00 | $658.50 |
| Check | 12/12/2014 | 14377 | Vanessa Williams | 66.52 Hours @ $10 per hour, Dec. 1 to Dec. 7, 2014 | 66.52 | $10.00 | $665.20 |
| Check | 07/03/2014 | 13465 | Vanessa Williams | 66.68 Hours @ $10 per hour, June 23 to June 29, 2014 | 66.68 | $10.00 | $666.80 |
| Check | 11/26/2014 | 14299 | Vanessa Williams | 68.83 Hours @ $10 per hour, Nov. 17 to Nov. 23, 2014 | 68.83 | $10.00 | $688.30 |
| Check | 12/19/2014 | 14417 | Vanessa Williams | 74.53 Hours @ $10 per hour, Dec. 8 to Dec. 14, 2014 | 74.53 | $10.00 | $745.30 |
| Check | 01/17/2014 | 12490 | Willa Tolder | 6.28 Hours @ $10 per hour, Jan 6 to Jan 12, 2014 | 6.28 | $10.00 | $62.80 |
| | | | | **Total Counts** | **18,970.63** | **$10.82** | **$209,242.72** |