United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE VAUGHN, Individually and on behalf of all others similarly situated, Plaintiff, | § § § | |
| v. | § | CASE NO. 4:16-CV-3578 |
| | § | |
| THE DOCUMENT GROUP INC., Defendant. | § § § | |

## ORDER

The Court has received the parties' Joint Motion for Approval of Settlement Agreement (the "Motion") [Doc. # 835] and the Release and Settlement Agreement (the "Settlement Agreement") [Doc. # 835-1] attached thereto. The Court has reviewed both the Motion and the Settlement Agreement and concludes that the Settlement Agreement is fair and reasonable. In addition, the Court has reviewed the amount of attorney's fees that Plaintiffs' counsel will receive as a result of the settlement of this lawsuit. Because Plaintiffs' counsel has agreed to reduce his fee for sixty seven (67) hours of work on this case from $33,500 to $21,980, the Court considers the amount of attorney's fees and costs specified in the Settlement Agreement to be fair and reasonable. For the foregoing reasons, it is hereby

**ORDERED** that the Motion [Doc. # 835] is **GRANTED** and the Settlement Agreement [Doc. # 835-1] is **APPROVED**. It is further

**ORDERED** that the parties, on or before November 29, 2017, shall file a joint stipulation to dismiss this lawsuit with prejudice in accordance with Paragraph 17 of the Settlement Agreement.

Signed at Houston, Texas, this 13th day of **November, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE